# Court of Appeals
# of the State of Georgia

ATLANTA,  February 26, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1081. DEORDRICK BOYKIN v. THE STATE.**

On April 30, 2019, the trial court entered an order denying Deordrick Boykin's motion to dismiss and demand for speedy trial. On December 6, 2019, Boykin filed a notice of appeal of the trial court's order.

Pretermitting whether the trial court's order is directly appealable, we lack jurisdiction because this appeal is untimely. A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Boykin filed his notice of appeal 220 days after the trial court's order was entered. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/26/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*